# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GAIL K. PIPKINS,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner, Social Security Administration,<br><br>      Defendant, | Case No. CIV-14-136-RAW-KEW |

## ORDER

On April 22, 2015, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff. Plaintiff filed an objection on April 29, 2015, arguing that: (1) her hand impairments must be factored into her residual functional capacity; (2) she is credible and her testimony is for the most part consistent with the objective medical evidence; and (3) she is unable to return to her past work due in large part to her bilateral hand impairment and the resultant limitations.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner upholding on

appeal the findings of the ALJ is affirmed.

       IT IS SO ORDERED this 9th day of June, 2015.


**Dated this 9th day of June, 2015.**

                                                  Ronald A. White
                                                  United States District Judge
                                                  Eastern District of Oklahoma